1  WILLIAM R. TAMAYO, SBN 084965
   JONATHAN T. PECK, #12303 (VA)
2  RAYMOND T. CHEUNG, SBN 176086
   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, CA 94105-1260
   Telephone No. (415) 625-5649
5  Fax No. (415) 625-5657
   raymond.cheung@eeoc.gov
6  Attorneys for Plaintiff

7  DANIELLE OCHS-TILLOTSON (State Bar No. 178677)
   dot@ogletreedeakins.com
8  CAROLYN B. HALL (State Bar No. 212311)
   carolyn.hall@ogletreedeakins.com
9  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
10 One Market Plaza
11 San Francisco, CA 94105
   Telephone: 415.442.4810
12 Facsimile: 415.442.4870
13 Attorneys for Defendant
   TRINITY PROTECTION SERVICES, INC.
14

15 **UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF CALIFORNIA**
16 **SACRAMENTO DIVISION**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>            **Plaintiff,**<br>        **v.**<br><br>**TRINITY PROTECTION SERVICES, INC.,**<br><br>            **Defendant.** | **Case No. 2:11-cv-02535-KJM-DAD**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR 60-DAY CONTINUANCE**<br><br>Complaint Filed: September 27, 2011<br>Judge: Hon. Kimberly J. Mueller |

23     Plaintiff UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

24 (hereinafter "Commission" or "EEOC") and Defendant TRINITY PROTECTION SERVICES,

25 INC., (hereinafter "Trinity"), through their respective counsel have met and conferred regarding

26 settlement of the above case. The parties believe they are very close to reaching a settlement and are

27 currently in the process of finalizing the language of the settlement terms in the form of a Consent

28 Decree to be filed with this Court.

**STIPULATION AND [PROPOSED] ORDER**
**EEOC v. TRINITY PRO. SER., INC.**
**Case No. CV 11-02535 KJM-DAD**

1

Accordingly in an effort to focus their time and resources better on finalizing the settlement terms, the parties jointly stipulate to and request a 60-day continuance on all pending deadlines.

Date:  July 10, 2012             By:    /s/ Raymond T. Cheung
                                        RAYMOND T. CHEUNG
                                        Attorney for Plaintiff
                                        EQUAL EMPLOYMENT
                                        OPPORTUNITY COMMISSION
                                        San Francisco District Office

Date:  July 10, 2012             By:    /s/ Danielle Ochs-Tillotson
                                        DANIELLE OCHS-TILLOTSON
                                        OGLETREE, DEAKINS, NASH, SMOAK &
                                        STEWART, P.C.
                                        Attorney for Defendant
                                        TRINITY PROTECTION SERVICES, INC.

GENERAL ORDER 45 ATTESTATION

I, Raymond T. Cheung, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order for 60-Day Continuance. In compliance with General Order 45, X.B., I hereby attest that Danielle Ochs-Tillotson has concurred in this filing.

Date:  July 10, 2012             By:    /s/ Raymond T. Cheung
                                        RAYMOND T. CHEUNG

[Proposed]**ORDER GRANTING 60-DAY CONTINUANCE**

**IT IS SO ORDERED.**

Dated: _____    _____

                                         Hon. Kimberly J. Mueller
                                         United States District Court Judge