WILLIAM R. TAMAYO, SBN 084965
JONATHAN T. PECK, 12303 (VA)
RAYMOND T. CHEUNG, SBN 176086
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5649
Fax No. (415) 625-5657
E-mail: raymond.cheung@eeoc.gov

Attorneys for Plaintiff EEOC

DANIELLE OCHS-TILLOTSON (State Bar No. 178677)
dot@ogletreedeakins.com
CAROLYN B. HALL (State Bar No. 212311)
carolyn.hall@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:     415.442.4870

Attorneys for Defendant
TRINITY PROTECTION SERVICES, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>             Plaintiff,<br><br>      v.<br><br>TRINITY PROTECTION SERVICES, INC.,<br><br>             Defendant. | Case No. CV 11-cv-02535-KJM-DAD<br><br>**CONSENT DECREE; ORDER**<br><br>Judge:  Hon. Kimberly J. Mueller |

///

///

///

1

I. INTRODUCTION

Plaintiff United States Equal Employment Opportunity Commission ("EEOC" or "Commission") filed this suit on behalf of Charging Party William Clark alleging that his employer Defendant Trinity Protection Services ("Trinity") subjected him to disparate treatment due to his age and gender [male], in violation of Age Discrimination in Employment Act of 1967, as amended ("ADEA"), and Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), respectively.  Defendant Trinity has denied the above allegations. The Commission and Trinity now seek to resolve this action without the expenditure of additional resources and expenses in contested litigation.

The Court has reviewed this Consent Decree in light of the pleadings, the record herein, the applicable law, and now approves this Consent Decree.

II. NON-ADMISSION OF LIABILITY

This Consent Decree is not an adjudication or finding on the merits of this case and shall not be construed as an admission of a violation of the ADEA or Title VII by Trinity.

III. GENERAL PROVISIONS

1. This Court has jurisdiction over the subject matter and the parties to this action. This Court retains jurisdiction over this Consent Decree during its term.

2. This Consent Decree constitutes a full and final resolution of the Commission's claim against Trinity in this action.

3. This Consent Decree will become effective upon its entry by the Court.

4. This Consent Decree is final and binding upon the parties to it, their successors and assigns.

5. Each party shall bear its own costs and attorney's fees in this action.

IV. GENERAL INJUNCTIVE RELIEF

6. Trinity and its current officers, agents, and employees shall comply with all requirements of the ADEA and Title VII with respect to providing a workplace free of age and gender discrimination.

7. Trinity and its current officers, agents and employees shall comply with all

requirements of the ADEA and Title VII with respect to providing a workplace free of retaliation.

8. Trinity and its current officers, agents, and employees shall not retaliate against any employee or former employee for having testified or participated in any manner in the Commission's investigation and the proceedings in this case.

V. SPECIAL INJUNCTIVE RELIEF

9. Trinity will provide a four-hour training session on ADEA and Title VII to its president and CEO within 60-days of entry of this Consent Decree. Said training will include, among other topics, what a manager or supervisor should do when an employee complains of age or gender discrimination, how to investigate such complaints, and the obligations of managers and supervisors not to retaliate against employees who make such complaints. The training shall be conducted by person(s) versed and experienced in the area of employment law. The cost of the training shall be borne by Trinity.

10. Within 15-days following said training, Trinity shall mail to counsel for the Commission a report containing the date of the training and copies of all materials distributed at the training.

11. Semi-annually [every six months], for the duration of this Consent Decree, Trinity shall submit copies of any complaints of age or sex discrimination, including their resolution, to the Commission's attorney.

12. Defendant Trinity shall expunge from Charging Party William Clark's personnel file any reference to his charge of discrimination and this lawsuit. In the event that Trinity receives a reference check from a prospective employer, Trinity shall disclose only Mr. Clark's dates of employment, employment held and final rate of pay.

VI. MONETARY RELIEF

13. Within fifteen (15) days of the entry of this Consent Decree, Trinity shall pay the sum of $5,000.00 to William Clark as compensatory damages and in satisfaction of the Commission's claims against Defendant Trinity as set forth in its Complaint. This sum will be paid by check directly to Mr. Clark, and will be sent to him via certified mail, at the address to be provided to Trinity by the Commission. A copy of said check and its transmittal letter will be sent

to the Commission's counsel at the San Francisco District Office.

14. Trinity shall cause to be issued an IRS Form 1099-misc to William Clark for the monetary relief paid; box 3 on IRS Form 1099 shall be completed by Trinity.  No withholding taxes shall be deducted from the amount.

## VII. EXPIRATION OF CONSENT DECREE

15. This Consent Decree constitutes a full and final resolution of all the Commission's claims against Trinity in this action. This Consent Decree will expire three (3) years after its entry, provided that Trinity has substantially complied with the terms of this Consent Decree. Trinity will be deemed to have complied substantially if the Court has not made any findings or orders during the term of the Consent Decree that Trinity has failed to comply with any of the terms of this Decree.

| On behalf of Plaintiff U.S. EEOC | On behalf of Defendant Trinity Protection Services, Inc. |
|---|---|
| Dated:  July 26, 2012 | Dated:  July 26, 2012 |
| U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| _/s/_____ <br> William R. Tamayo, Regional Attorney | _/s/_____ <br> Danielle Ochs-Tillotson <br> Attorney for Defendant |
| _/s/_____ <br> Jonathan T. Peck, Supervisory Trial Attorney | |
| _/s/_____ <br> Raymond T. Cheung, Senior Trial Attorney <br> Attorneys for Plaintiff | |

### GENERAL ORDER 45 ATTESTATION

I, Raymond T. Cheung, am the ECF User whose ID and password are being used to file this Consent Decree and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Danielle Ochs-Tillotson has concurred in this filing.

Date: July 26, 2012                    By:            /s/ Raymond T. Cheung

RAYMOND T. CHEUNG

## ORDER

IT IS SO ORDERED:

Dated:   August 22, 2012.

_____
UNITED STATES DISTRICT JUDGE